Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ricardo Tinajero Cerda

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO TINAJERO CERDA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-00553-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Ricardo Tinajero Cerda be awarded attorney fees in the amount of ONE THOUSAND SEVEN HUNDRED dollars ($1,700) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

| | |
|---|---|
| 1 | After the Court issues an order for EAJA fees to Ricardo Tinajero Cerda, |
| 2 | the government will consider the matter of Ricardo Tinajero Cerda's assignment of |
| 3 | EAJA fees to Brian C. Shapiro.  The retainer agreement containing the assignment |
| 4 | is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), |
| 5 | the ability to honor the assignment will depend on whether the fees are subject to |
| 6 | any offset allowed under the United States Department of the Treasury's Offset |
| 7 | Program.  After the order for EAJA fees is entered, the government will determine |
| 8 | whether they are subject to any offset. |
| 9 | Fees shall be made payable to Ricardo Tinajero Cerda, but if the |
| 10 | Department of the Treasury determines that Ricardo Tinajero Cerda does not owe a |
| 11 | federal debt, then the government shall cause the payment of fees, expenses and |
| 12 | costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the |
| 13 | assignment executed by Ricardo Tinajero Cerda.[1]  Any payments made shall be |
| 14 | delivered to Brian C. Shapiro. |
| 15 | This stipulation constitutes a compromise settlement of Ricardo Tinajero |
| 16 | Cerda's request for EAJA attorney fees, and does not constitute an admission of |
| 17 | liability on the part of Defendant under the EAJA or otherwise.  Payment of the |
| 18 | agreed amount shall constitute a complete release from, and bar to, any and all |
| 19 | claims that Ricardo Tinajero Cerda and/or Brian C. Shapiro including Law Offices |
| 20 | of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection |
| 21 | with this action. |

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 15, 2017   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
Brian C. Shapiro
Attorney for plaintiff Ricardo Tinajero Cerda

DATED: November 15, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ *Donna W. Anderson*

DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Based upon the parties' above Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), fees and expenses in the amount **of one thousand seven hundred dollars ($1,700)** shall be awarded subject to the terms of the above Stipulation.

IT IS SO ORDERED.

Dated: __**November 16, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE